UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ABRAHAM BERKOVITS,

                    Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS INC.;
AMERICAN EXPRESS CO.,

                    Defendants.

------------------------------------- X

ORDER

20 Civ. 1560 (GBD)

GEORGE B. DANIELS, District Judge:

    The July 9, 2020 initial conference is adjourned to October 22, 2020 at 9:30 a.m.

Dated: June 30, 2020
       New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE