**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

ABRAHAM BERKOVITS,

                Plaintiff,

    -against-                           ORDER

EXPERIAN INFORMATION SOLUTIONS, INC.,    20 Civ. 1560 (GBD)

                Defendant.

------------------------------------- x



GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that Plaintiff and Defendant Experian Information Solutions, Inc. have settled this matter, the Clerk of Court is hereby ORDERED to close the action against that defendant, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: December 10, 2020
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge